HON. BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASTE ACTION PROJECT, | Case No. 2:21-cv-01631-BJR |
| Plaintiff, | |
| v. | ORDER TO STAY PROCEEDINGS |
| UNITED STATES BAKERY D.B.A. FRANZ FAMILY BAKERIES, INC., | |
| Defendant. | |

The Court hereby GRANTS the Parties' stipulated motion to stay the proceedings. The case is stayed until a final decision is made in Pollution Control Hearings Board No. 22-034 or the Parties have reached an agreement on this matter. **The Parties shall notify the Court within 14 days of either event.** Either party may move for a lift or modification of this stay for good cause.

DATED this 2nd day of May, 2022.

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER TO STAY PROCEEDINGS - 1
No. 2:21-cv-01631-BJR

Smith & Lowney, pllc
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

Presented By:

    Smith & Lowney, PLLC
    By: s/*Savannah Rose*
    Savannah Rose, WSBA #57062

ORDER TO STAY PROCEEDINGS - 2
No. 2:21-cv-01631-BJR

Smith & Lowney, pllc
2317 East John Street
Seattle, Washington 98112
(206) 860-2883