HON. BARBARA J ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASTE ACTION PROJECT, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES BAKERY D.B.A. FRANZ FAMILY BAKERIES, INC., <br><br> Defendant. | CASE No. 2:21-cv-01631-BJR <br><br> JOINT MOTION FOR ENTRY OF CONSENT DECREE <br><br> NOTE ON MOTION CALENDAR: April 28, 2023 |

## MOTION

Plaintiff Waste Action Project ("WAP") and Defendant United States Bakery d.b.a. Franz Family Bakeries, Inc. ("USB") hereby jointly move the Court for an order approving the entry of the Consent Decree filed herewith.

## STATEMENT IN SUPPORT

WAP and USB (collectively, "the parties") have agreed that settlement of this matter as between these parties is in the public interest and that entry of the Consent Decree is the most appropriate means of resolving this matter. By stipulating to the entry of the proposed Consent Decree, USB does not admit the facts alleged against it and does not admit liability.

Pursuant to 33 U.S.C. § 1365(c)(3) and 40 C.F.R. §§ 135.4 and 135.5, copies of the Complaint and the Consent Decree will be served on the U.S. Attorney General, the Administrator of the U.S. EPA and the Regional Administrator of Region 10 of the U.S. EPA.

JOINT MOTION FOR ENTRY - 1
Case No. 2:21-cv-01631-BJR

Smith & Lowney, PLLC
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

The Consent Decree may not be entered prior to 45 days following receipt by both the Administrator and the Attorney General. The noting date for the Court's consideration of this matter has been scheduled accordingly.

The parties respectfully request this Court enter the Consent Decree.

RESPECTFULLY SUBMITTED, this 10th day of March, 2023.

| TONKON TORP LLP | SMITH & LOWNEY, PLLC |
|---|---|
| By: *s/Caroline Harris Crowne*<br>Caroline Harris Crowne, WSBA No. 42329<br>*Attorneys for Defendant*<br>*United States Bakery d.b.a. Franz Family Bakeries, Inc.* | By: *s/Savannah Rose*<br>Richard A. Smith, WSBA No. 21788<br>Savannah Rose, WSBA No. 57062<br>*Attorneys for Plaintiff*<br>*Waste Action Project* |

JOINT MOTION FOR ENTRY - 2
Case No. 2:21-cv-01631-BJR

Smith & Lowney, PLLC
2317 East John Street
Seattle, Washington 98112
(206) 860-2883